Michael J. Miller, VA Bar No. 19171
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004
Telephone: (610) 660-0622
Facsimile: (610) 660-0628

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BEVERLY HASLAM, individually and on behalf of GLEN HASLAM, deceased,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,<br><br>Defendants. | Docket No.: 06-CV-2145-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, BEVERLY HASLAM, individually and on behalf of GLEN HASLAM, deceased, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 22, 2009        By: /s/ Dano C. Anderson

                              THE MILLER FIRM, LLP
                              Two Bala Plaza, Ste. 603
                              Bala Cynwyd, PA 19004
                              Telephone: (212) 335-4500
                              Facsimile: (212) 335-4501
                              *Attorneys for Plaintiff*


DATED: 8/26, 2009            By: /s/ Loren Brown

                              DLA PIPER LLP (US)
                              1251 Avenue of the Americas
                              New York, NY 10020
                              Telephone: (212) 335-4500
                              Facsimile: (212) 335-4501
                              *Defendants' Liaison Counsel*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**


Dated: Sept. 1, 2009         _____
                              Hon. Charles R. Breyer
                              United States

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]